FILED

2009 MAY 22 PM 1:19

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO. 2:09 CR 82 |
| v. | ) | |
| | ) | 18 U.S.C. § 2 |
| RANDALL R. FLETCHER JR. | ) | 18 U.S.C. § 2251(a) |
| | ) | 18 U.S.C. § 2252(a)(2) |
| | ) | 18 U.S.C. § 2252(a)(4) |

**INDICTMENT**

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about February 28, 2002, in the Northern District of Indiana and elsewhere, the defendant,

**RANDALL R. FLETCHER JR.,**

did knowingly employ, use, persuade, induce, entice, and coerce MM, a female minor under the age of eighteen (18), to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, where such visual depiction was produced using materials that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2 and 2251(a).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2

Between on or about February 28, 2002, and continuing through on or about July 4, 2002, in the Northern District of Indiana and elsewhere, the defendant,

**RANDALL R. FLETCHER JR.,**

did knowingly receive any visual depiction that had been mailed, shipped and transported in interstate and foreign commerce, and which contains materials which have been mailed and so shipped and transported, by any means including by computer, where the producing of such visual depiction involved the use of an actual minor under the age of eighteen (18) engaging in sexually explicit conduct and such visual depiction is of such conduct.

All in violation of Title 18, United States Code, Sections 2 and 2252(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 3

Between on or about February 28, 2002, and continuing through on or about July 4, 2002, in the Northern District of Indiana and elsewhere, the defendant,

**RANDALL R. FLETCHER JR.,**

did knowingly possess one or more matters which contain any visual depiction that has been mailed, shipped, and transported in interstate and foreign commerce, and which was produced using materials which have been mailed and so shipped and transported, by any means including by computer, where the producing of such depiction(s) involved the use of an actual minor under the age of eighteen (18) engaging in sexually explicit conduct and such visual depiction(s) is/are of such conduct.

All in violation of Title 18, United States Code, Sections 2 and 2252(a)(4).

A TRUE BILL:

/s/ Foreperson
FOREPERSON

DAVID CAPP
UNITED STATES ATTORNEY


By:  /s/ Jill Trumbull-Harris
Jill Trumbull-Harris
Assistant United States Attorney
Northern District of Indiana

3